**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
August 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

KAIFI LLC,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 1:26-cv-00023-ADA

**ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)**

Before the Court is the Parties' Stipulated Motion to Transfer Venue to the Southern District Of California pursuant to 28 U.S.C. § 1404(a). In light of the motion to transfer being agreed, the Court **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that this action is hereby **TRANSFERRED** to the United States District Court for the Southern District of California.

It is so **ORDERED** 08/17/2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE